**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:26-cv-02114-KES Date: November 6, 2026

Title: Joseph Pumphrey v. Vincente Navarro et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS): Order to Show Cause**

Plaintiff filed this action on August 5, 2026. (Dkt. 1.) Federal Rule of Civil Procedure 4(m) generally requires plaintiffs to serve defendants with process within 90 days after the complaint is filed. The 90-day deadline expired on November 3, 2026. On August 19, 2026, Plaintiff filed proof of service ("POS") on Defendant Vincente Navarro, d/b/a/ Dana's Cleaners (Dkt. 8). As of the date of this order, Plaintiff has not filed POS on Defendant Francis R. Carreon, as Trustee of the Carreon Family Trust ("Defendant Carreon").

IT IS THEREFORE ORDERED that, **on or before November 13, 2026**, Plaintiff shall show cause why this action should not be dismissed without prejudice for failure to timely serve Defendant Carreon.

Plaintiff shall also explain why the POS at Dkt. 8 shows valid service on "VINCENTE NAVARRO D/B/A DANA'S CLEANERS." Neither Mr. Navarro nor Dana's Cleaners are alleged to be a "corporation," but the POS declaration says that Dana's Cleaners was served as a corporation.

Initials of Deputy Clerk jd